Sophia Goren Gold (SBN 307971)
**KALIEL GOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (SBN 238293)
Amanda J. Rosenberg (SBN 278507)
**KALIEL GOLD PLLC**
1100 15th Street NW 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EDLUND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUE CLASSIC TEES, LLC,<br><br>Defendant, | Case No.: 2:25-cv-00450-RGK-RAO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hon. R. Gary Klausner<br><br>**Date: March 17, 2025**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 850, 8th Floor**<br>   **Roybal Federal Building and**<br>   **U.S. Courthouse**<br>   **255 East Temple Street**<br>   **Los Angeles, CA 90012**<br><br>Filed (state court): November 15, 2024<br>Removed:    January 17, 2025 |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND

| | |
|---|---|
| 1 | **TO THIS HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD**: |

**PLEASE TAKE NOTICE** that on March 17, 2025 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner in Courtroom 850 of the above-entitled court, located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, 8th Floor, Los Angeles, California 90012, Plaintiff Stephen Edlund, by and through his counsel, will and hereby does respectfully moves this Honorable Court, for an Order remanding this case back to the Superior Court of Los Angeles, pursuant to 28 U.S. § 1447(c).

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 5, 2025.

This Motion is based upon 28 U.S. § 1447(c), this Notice of Motion, the Memorandum of Points and Authorities, the pleadings, documents, and records on file in this action, all other matters judicially noticeable, such further papers as may be filed in connection with this Motion, and further documentary evidence and oral argument as this Court may allow at the.

Dated: February 12, 2025              Respectfully submitted,

**KALIELGOLD PLLC**

By: *Sophia G. Gold*
Sophia G. Gold
Jeffrey D. Kaliel
Amanda J. Rosenberg
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
Tel: (202) 350-4783
sgold@kalielgold.com
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

On February 12, 2025, the foregoing document was served through the Court's electronic filing system to all counsel of record.

*/s/ Sophia Goren Gold*
Sophia Goren Gold