Sophia Goren Gold (SBN 307971)
KALIEL GOLD PLLC
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel (SBN 238293)
Amanda J. Rosenberg (SBN 278507)
KALIEL GOLD PLLC
1100 15th Street NW 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN EDLUND, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUE CLASSIC TEES, LLC,<br><br>　　　　　　　Defendant, | Case No.: 2:25-cv-00450-RGK-RAO<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. R. Gary Klausner<br><br>Filed (state court): November 15, 2024<br>Removed:　　　January 17, 2025 |

Plaintiff Stephen Edlund ("Plaintiff") and Defendant True Classic Tees, LLC ("Defendant"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve this action on an individual basis. The Parties are currently finalizing a written agreement and drafting a dismissal, which they expect to file within 30 days. Accordingly, the Parties respectfully request all deadlines be suspended pending the finalization of their settlement agreement and forthcoming dismissal of this action

Dated: April 16, 2025              **KALIELGOLD PLLC**

By:/s/ *Sophia G. Gold*
Sophia G. Gold
Jeffrey D. Kaliel
Amanda J. Rosenberg

*Attorneys for Plaintiff and the Putative Class*