**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Amanda J. Rosenberg (SBN 278507)
arosenberg@kalielgold.com
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Class*

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (SBN 234417)
robert.herrington@gtlaw.com
Adil M. Khan (SBN 254039)
adil.khan@gtlaw.com
David H. Marenberg (SBN 329954)
marenbergd@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: (310) 586-7700

*Attorneys for Defendant True Classic Tees, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EDLUND, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>TRUE CLASSIC TEES, LLC,<br><br>　　　Defendant, | Case No.: 2:25-cv-00450-RGK-RAO<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL**<br><br>[Proposed Order filed concurrently]<br><br>Hon. R. Gary Klausner |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Stephen Edlund ("Plaintiff") and Defendant True Classic Tees, LLC ("Defendant"), through

their respective counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii):

1. All individual claims that Plaintiff Stephen Edlund asserted or could have asserted in this litigation are hereby dismissed *with* prejudice.

2. The Parties have resolved all issues concerning attorneys' fees and costs as between each other.

3. This dismissal does not affect the rights of any putative class member. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable because this action has not been certified as a class, and a class is not proposed to be certified for purposes of settlement.

**IT IS SO STIPULATED,** through Counsel of Record.

Dated: April 25, 2025

**KALIELGOLD PLLC**

By: */s/Amanda J. Rosenberg*
Amanda J. Rosenberg
Sophia G. Gold
Jeffrey D. Kaliel

*Attorneys for Plaintiff and the Putative Class*

Dated: April 25, 2025

**GREENBERG TRAURIG LLP**

By: */s/Adil Khan*
Adil Khan

*Attorney for Defendant
True Classic Tees, LLC*

# ATTESTATION

I, Amanda J. Rosenberg, am the CM/ECF user whose ID and password are being used to file this STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel on whose behalf this filing is jointly submitted have concurred in this filing's content and have authorized the filing.

Date: April 25, 2025           /s/ Amanda J. Rosenberg
                               Amanda J. Rosenberg