JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EDLUND, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>TRUE CLASSIC TEES, LLC,<br><br>  Defendant, | Case No.: 2:25-cv-00450-RGK-RAO<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING VOLUNTARY DISMISSAL [32]**<br><br>[Stipulation filed concurrently]<br><br>Hon. R. Gary Klausner |

Having considered the parties' Stipulation Regarding Voluntary Dismissal under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety and *with* prejudice as to all claims asserted by Plaintiff Stephen Edlund;
2. The parties have resolved all issues concerning attorney's fees and costs as between each another; and
3. The dismissal of Plaintiff's claims is without effect on and without prejudice to the claims of any putative class members other than Plaintiff.

SO ORDERED this 29th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE
HON. R. GARY KLAUSNER